COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   Adrienne Gallien v. WELLS FARGO HOME MORTGAGE INC.,
WELLS FARGO BANK, N.A., Cristobal Nino, Individually and as
Executor of the Estate of Veronica Castillo Nino and Kathy Orsak

Appellate case number:   01-17-00385-CV

Trial court case number:   2015-75452

Trial court:   157th District Court of Harris County

Appellant's motion for extension of time to file a reply brief is dismissed as moot.

Appellant's motion to exceed the word limit in her reply brief is denied. Appellant's reply brief is struck. Any redrafted reply brief shall comply with the word limit in Rule of Appellate Procedure 9.4(i)(2)(C) and shall be filed within 20 days of the date of this order. Absent extraordinary circumstances, the court will not entertain any motion for extension of time to file any redrafted reply brief.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
Acting individually


Date:   November 6, 2018